# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN P. RICHTER,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>DENNIS SMITH, Warden<br><br>　　　　　Respondent.　　　　　／ | CV F   06-1659 OWW DLB HC<br><br>ORDER DISMISSING PETITION WITH LEAVE TO FILE AMENDED PETITION<br><br>ORDER DIRECTING CLERK OF COURT TO SEND PETITIONER BLANK PETITION FOR WRIT OF HABEAS CORPUS |

　　　　Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

　　　　On November 15, 2006, Petitioner filed the instant petition for writ of habeas corpus.

**DISCUSSION**

A.　　Procedural Grounds for Summary Dismissal

　　　　Rule 4 of the Rules Governing Section 2254 Cases provides in pertinent part:

> If it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court, the judge must dismiss the petition and direct the clerk to notify the petitioner.

The Advisory Committee Notes to Rule 8 indicate that the court may dismiss a petition for writ of habeas corpus, either on its own motion under Rule 4, pursuant to the respondent's motion to dismiss, or after an answer to the petition has been filed. A petition for habeas corpus should not be dismissed without leave to amend unless it appears that no tenable claim for relief can be pleaded were such leave granted. Jarvis v. Nelson, 440 F.2d 13, 14 (9th Cir. 1971).

B.      Failure to State a Discernable Claim

Petitioner must state his claim with sufficient specificity. See Hendricks v. Vasquez 908 F.2d at 491-92; Wacht v. Cardwell, 604 F.2d 1245, 1246-47 (9th Cir.1979). Rule 2(c) of the Rules Governing Habeas Corpus Action (emphasis added) states:

> The petition must:
> (1) *specify all the grounds for relief available to the petitioner;*
> (2) *state the facts supporting each ground;*
> (3) state the relief requested;
> (4) be printed, typewritten, or legibly handwritten; and
> (5) be signed under penalty of perjury by the petitioner or by a person authorized to sign it for the petitioner under 28 U.S.C. § 2242.

The instant petition is incomplete. Petitioner's claim is difficult to ascertain from the information provided, but the petition appears to challenge Bureau of Prison ("BOP") policy with respect to 18 U.S.C. § 3621(b). Petitioner requests that he immediately be transferred to a Residential Re-entry Center ("RRC") for the remainder of his sentence. However, Petitioner provides no factual background as to the manner the BOP is violating his rights. While it is true several federal courts including this Court have found the 2002 and 2005 BOP regulations to be contrary to 18 U.S.C. § 3621(b) and the courts have ordered the BOP to consider the factors set forth in 18 U.S.C. § 3621(b) without reference to the 2002 and 2005 policies, Petitioner fails to state how he has been affected. Although Petitioner states that he received a 46 month sentence in which he began serving on October 31, 2005, he does not state his projected release date, and he does not state whether the BOP has considered him for RRC placement, and if so, how long a placement he will be given.

From the information provided, the Court cannot determine if a violation of Petitioner's rights has occurred. Therefore, the petition must be dismissed. However, Petitioner will be given an opportunity to file a first amended petition to cure the deficiencies. Petitioner is advised that failure to file a petition in compliance with this order within the allotted time will result in a recommendation that the petition be dismissed and the action be terminated. Petitioner is advised that the amended petition should be titled "First Amended Petition" and must reference the instant case number.

**ORDER**

1    Accordingly, the petition for writ of habeas corpus is hereby DISMISSED. Petitioner is
2 GRANTED thirty (30) days from the date of service of this order to file an amended petition in
3 compliance with this order. The Clerk of Court is DIRECTED to send Petitioner a form petition
4 pursuant to 28 U.S.C. § 2241.
5    IT IS SO ORDERED.
6    Dated: __December 8, 2006__          _____/s/ Dennis L. Beck_____
     3b142a                                            UNITED STATES MAGISTRATE JUDGE

3